```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
FAUSTINO PUJOLS, :
:
Plaintiff, :  1:20-cv-10373-GHW
:
-against - :
:  ORDER
RTS SOLUTIONZ, INC a/k/a SOLUTIONZ , :
INC. *and as successor to Real Time Services, Inc.*, :
BILL WARNICK, and KIRK R. FERNANDEZ, :
:
Defendants. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court will hold a conference by telephone on June 17, 2022 at 1:00 p.m. to discuss the discovery issues raised in the status report filed by Plaintiff on June 9, 2022. Dkt. No. 60. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

SO ORDERED.

Dated: June 10, 2022
       New York, New York                              _____
                                                       GREGORY H. WOODS
                                                       United States District Judge