```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
 FAUSTINO PUJOLS,

                                           Plaintiff,                    **ORDER SCHEDULING**
                                                                           **CONFERENCE**
 -against-

                                                                                     **20-CV-10373 (KHP)**
 RTS SOLUTIONZ, INC a/k/a SOLUTIONZ ,
 INC. *and as successor to Real Time Services, Inc*.,
 BILL WARNICK, and KIRK R. FERNANDEZ.,

                                             Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A conference in this matter is scheduled for **Thursday, February 9, 2023 at 12:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

Dated: November 21, 2022
       New York, New York

                                                         */s/ Katharine H. Parker*
                                                       _____
                                                       KATHARINE H. PARKER
                                                     United States Magistrate Judge