USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

FAUSTINO PUJOLS,

          Plaintiffs,

-against-

RTS SOLUTIONZ, INC a/k/a SOLUTIONZ,
INC. *and as successor to Real Time Services, Inc.*,
BILL WARNICK, and KIRK R. FERNANDEZ,

          Defendants.

-----------------------------------------------------------------X

FAUSTINO PUJOLS,

          Plaintiffs,

-against-

RTS SOLUTIONZ, INC a/k/a SOLUTIONZ,
INC. *and as successor to Real Time Services, Inc.*,
BILL WARNICK, JILL ARMAND, and KYLEE CHEENEY,

          Defendants.

-----------------------------------------------------------------X

**ORDER**

**20-CV-10373 (KHP)**

**22-CV-5455 (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On April 24, 2023, Plaintiff informed the Court that the parties reached a settlement agreement in this action. By **Tuesday, May 16, 2023**, the parties shall file a motion for approval of the settlement as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) ("*Cheeks* Motion").

**SO ORDERED.**

DATED:     New York, New York
               April 25, 2023

*/s/ Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge